UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL A. GROVER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C10-162-MAT<br><br>[PROPOSED] ORDER AMENDING<br>THE SCHEDULING ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 2, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including July 16, 2010, to file an optional reply brief.

DATED this 28th day of May, 2010.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-3619
FAX:  (206) 615-2531
nancy.mishalanie@ssa.gov